UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | : |
| | : |
| | : |
| This Document Relates To: | : |
| All Actions | : |
| | : |
| | : |

MASTER FILE
No. 11 Civ. 3600 (WHP)

-------------------------------------------------------------x

### NOTICE OF MOTION AND MOTION OF DAVID SEIDNER, SMW TRADING CO., INC., ADAM HABER, AND FTC CAPITAL GMBH FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND APPOINTMENT OF AN INTERIM EXECUTIVE COMMITTEE

PLEASE TAKE NOTICE: Plaintiffs David Seidner, SMW Trading Co., Inc., Adam Haber, and FTC Capital GmbH, through their attorneys, will and hereby do move this Court before the Honorable William H. Pauley, at the Courthouse located at 500 Pearl Street, Courtroom 11D, New York, New York 10007, at a time and date to be set by the Court, pursuant to Federal Rule of Civil Procedure 23(g)(3) for entry of an order:

(1)     appointing J. Douglas Richards of Cohen Milstein Sellers & Toll PLLC as Interim Class Counsel; and

(2)     appointing Bryan Clobes and Anthony Fata of Cafferty Faucher LLP, Samuel Abernethy and Stephen Houck of Menaker & Herrmann LLP, and David Kovel of Kirby McInerney LLP to the Interim Executive Committee.

In support of this Motion, Movants rely on this Notice of Motion and the accompanying Memorandum of Law with attached exhibits.

Dated: New York, New York
      August 11, 2011

Respectfully Submitted,

J. Douglas Richards
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street
14th Floor
New York, NY 10005
Telephone:    (212) 838-7797
Facsimile:    (212) 838-7745
E-mail:    drichards@cohenmilstein.com

*Attorneys for Plaintiff David Seidner*

Bryan Clobes
**CAFFERTY FAUCHER, LLP**
1717 Arch St., Suite 3610
Philadelphia, PA 19103

and

Anthony Fata
**CAFFERTY FAUCHER, LLP**
30 North LaSalle Street
Suite 3200
Chicago, IL 60602

*Attorneys for Plaintiff SWM Trading Co.*

Samuel Abernethy
Stephen Houck
**MENAKER & HERRMANN LLP**
10 East 40th Street
New York, NY 10016

*Attorneys for Plaintiff Adam Haber*

David Kovel
**KIRBY McINERNEY LLP**
825 Third Avenue, 16th Floor
New York, NY 10022

*Attorneys for Plaintiff FTC Capital GmBH*