UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | ECF CASE<br><br>Master File No.<br>11 cv 3600 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law and Declaration of Timothy J. Carey, dated August 7, 2012, along with the exhibits attached thereto, Defendants Parnon Energy Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) SA, Nicholas J. Wildgoose and James T. Dyer, will move this Court, before the Honorable William H. Pauley III at Room 11D, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time determined by the Court, for an Order dismissing Plaintiffs' Consolidated Amended Class Action Complaint in its entirety for failure to state a claim on which relief can be granted pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), and for such other relief as the Court may deem just and proper.

Dated: August 7, 2012

Respectfully submitted,

By: ___/s/ Timothy J. Carey___
Timothy J. Carey
Elizabeth M. Bradshaw
Brigitte T. Kocheny
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
Fax: (312) 558-5700

1

CHI:2673032.1

Thomas J. Quigley
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
Fax: (212) 294-4700

Fred F. Fielding
Mark R. Haskell
Levi McAllister
MORGAN LEWIS
1111 Pennsylvania Ave., NW
Washington, DC 20004
(202) 739-3000
Fax: 202 739-3001

*Attorneys for Defendants Parnon Energy Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) SA, Nicholas J. Wildgoose and James T. Dyer*