# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

October 22, 2013

**BY ECF AND HAND DELIVERY**

Honorable William H. Pauley III
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

Re:   *In Re: Crude Oil Commodity Futures Litigation*, 11 Civ. 3600 (WHP)

Dear Judge Pauley:

As one of the Interim Class Counsel, I am writing this letter in order to report that my Firm must withdraw Plaintiff Gregory Galan as one of the proposed class representatives in this action.[1] This includes in the pending motion to certify a class under Rule 23 of the Federal Rules of Civil Procedure. As always, we are available to answer any questions the Court may have. Thank you very much.

Respectfully submitted,

*/s/ Christopher Lovell*
Christopher Lovell

cc:   Counsel of Record (by ECF)

---

[1] Plaintiff Galan engaged, as my Firm has known, in misbehavior that occurred more than twenty years ago, had no nexus to the transactions, claims or defenses herein, and did not create any adverse interest between Plaintiff Galan and the proposed class.

However, my Firm has now learned new information about other conduct by Mr. Galan that does directly relate to this action and would likely create conflicts between him and the class.