UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br>                    Plaintiff,<br>       v.<br>PARNON ENERGY INC., ET AL.,<br>                         Defendants. | No. 11 Civ. 3543 (WHP) |

AND

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION<br><br>This Document Relates To:<br>     All Actions | MASTER FILE<br>No. 11 Civ. 3600 (WHP) |

## NOTICE OF APPEAL

Notice is hereby given that non-party objectors Plains All American Pipeline, L.P. ("Plains"), Castleton Commodities International LLC, Vitol, Inc. and Vitol Capital Management, Ltd. (collectively "Non-Party Objectors"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's October 25, 2013 Memorandum & Order (Dkt No. 139, *U.S. Commodity Futures Trading Commission v. Parnon Energy, et al.*, No. 11 Civ. 3543 (WHP) (SDNY); Dkt. No. 160, *In re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (WHP) (SDNY)), granting in part and denying in part the non-party objections to, and motion for a protective order concerning, Putative Class Plaintiffs' First Request for the Production of Documents.[1]

---

[1] Because the Court's discovery order is directed to Defendants in Case No. 11 Civ. 3600 (WHP) – and not the non-party objectors – and requires Defendants to produce documents in their possession that contain highly proprietary and confidential information of the non-party objectors, and because the discovery order finally resolves an issue that is separate from the

Dated: October 30, 2013          Respectfully submitted,

SUTHERLAND ASBILL & BRENNAN LLP

By:   /s/ Peter Ligh_____
      1114 Avenue of the Americas
      40th Flr.
      New York, NY 10036
      Tel: (212) 389-5000 x5029
      Fax: (212) 389-5099
      Email: peter.ligh@sutherland.com

*Of Counsel:*
      Greg Kaufman
      700 Sixth St. NW, Suite 700
      Washington, DC 20001
      Tel: (202) 383-0325
      Email: greg.kaufman@sutherland.com

*Attorneys for Castleton Commodities International LLC*

VINSON & ELKINS, LLP

By:   /s/ Hilary Preston_____
      Hilary Preston
      Armita S. Cohen
      666 Fifth Avenue
      26th Floor
      New York, NY 10103-0040
      Tel: 212.237.0000
      Fax: 212.237.0100
      Email: hpreston@velaw.com
      Email: acohen@velaw.com

      Crystal N. Y'Barbo (admitted *pro hac vice*)
      2200 Pennsylvania Ave., Suite 500 W.
      Washington, D.C. 20037-1701
      Tel: 202.639.6500
      Fax: 202.879.8861
      Email: cybarbo@velaw.com

*Of Counsel:*
      James D. Thompson
      Phillip B. Dye
      Gwen Samora
      1001 Fannin Street, Suite 2500
      Houston, Texas 77002
      Tel: 713.758.4502
      Fax: 713.615.5765
      Email: jthompson@velaw.com
      Email: pdye@velaw.com
      Email: gsamora@vlaw.com

*Attorneys for Plains All American Pipeline, L.P.*

---

merits of the underlying action and that will effectively be unreviewable on appeal from a final judgment, the Court's October 25, 2013 Memorandum & Order is immediately appealable under collateral order doctrine of *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). *See EM Ltd. v. Republic of Argentina*, 695 F.3d 201, 205-06 (2d Cir. 2012); *see also Church of Scientology of Cal. v. United States*, 506 U.S. 9, 18 & n.11 (1993); *Perlman v. United States*, 247 U.S. 7, 12-13 (1918); *In re Air Crash at Bell Harbor*, 490 F.3d 99, 106 (2d Cir. 2006) (recognizing that the holder of an asserted privilege may immediately appeal the enforcement of a subpoena when the subpoena is directed at another person who does not object to providing the testimony or documents at issue).

SUTHERLAND ASBILL & BRENNAN
LLP

/s/ David P. Langlois
David P. Langlois
Grace Building
1114 Avenue of the Americas
40th Floor
New York, NY 10036
(t): 212.389.5007
(f): 212.389.5099
david.langlois@sutherland.com

*Of Counsel:*

Keith J. Barnett (Pro Hac Vice
Application To Be Filed)
Georgia Bar No. 142340
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309
(t): 404.853.8000
(f): 404.853.8806
keith.barnett@sutherland.com

*Attorneys for Vitol, Inc., Vitol Capital*
*Management, Ltd., and Vitol S.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2013, the foregoing Notice of Appeal was filed using the CM/ECF system, which will automatically send electronic mail notification of such filing to all parties of record.

/s/ Hilary Preston
Hilary Preston