UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

IN RE: CRUDE OIL COMMODITY
FUTURES LITIGATION

Master File No.
11 Civ. 3600 (WHP)

THIS DOCUMENT RELATES TO:

ORDER

ALL MATTERS

------------------------------X

WILLIAM H. PAULEY III, District Judge:

      Plaintiffs are permitted to file one consolidated thirty-page brief in reply to Defendants' opposition to class certification and in opposition to Defendants' motion to strike the declaration of Joseph R. Mason.

Dated: November 13, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*All Counsel of Record.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/13