# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:11-cv-03600-WHP

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of November, two thousand and thirteen.

Before:    Dennis Jacobs,
                *Circuit Judge*.

_____

U.S. Commodity Futures Trading Commission,

Plaintiff - Appellee,

**ORDER**

Docket Nos. 13-4206(L), 13-4323(Con)

v.

Parnon Energy Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) SA, Nicholas J. Wildgoose, James T. Dyer,

Defendants - Appellees,

v.

Castleton Commodities International LLC, Vitol, Inc., Vitol Capital Management Ltd., Plains All American Pipeline, LP, Morgan Stanley Capital Group, Inc., Shell Oil Company,

Appellants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/20/2013____

_____

Stephen E. Ardizzone, *et al.*,

Plaintiffs - Appellees,

Docket No. 13-4263

v.

Castleton Commodities International LLC, Vitol, Inc., Vitol Capital Management Ltd., Plains All American Pipeline, LP,

Objectors - Appellants,

v.

Parnon Energy, Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) SA, Nicholas J. Wildgoose, James T. Dyer,

Defendants - Appellees.

_____

CERTIFIED COPY ISSUED ON 11/20/2013

Appellants have filed an emergency motion for an expedited appeal and for a stay pending appeal of the district court's order dated October 25, 2013.  In a supplement to their motion, Appellants also seek an order enjoining the class-action plaintiffs from reviewing disputed materials and enjoining all parties from further disseminating those disputed materials pending determination of this appeal.  Appellees have filed opposition to the Appellants' motion.

IT IS HEREBY ORDERED that the Appellants' motion and Appellees' opposition are REFERRED to the three-judge motions panel sitting on Tuesday, November 26, 2013.  IT IS FURTHER ORDERED that the Court grants a temporary stay of the district court's October 25, 2013 order, pending consideration of the Appellants' motion by the three-judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit