S.D.N.Y – N.Y.C.
11-cv-3543
11-cv-3600 <<<
Pauley, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand thirteen.

Present:
> Robert D. Sack,
> Gerald E. Lynch,
> Raymond J. Lohier,
> > *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec. 10, 2013

U.S. Commodity Futures Trading Commission,

> *Plaintiff-Appellee*,

v.

13-4206 (L);
13-4323 (Con)

Parnon Energy Inc., *et al.*,

> *Defendants-Appellees*.

v.

Castleton Commodities International LLC, *et al.*,

> *Appellants*.

CERTIFIED COPY ISSUED ON 12/10/2013

Stephen E. Ardizzone, on behalf of himself and all others similarly situated, *et al.*,

        *Plaintiffs-Appellees*,

v.                                                  13-4263 (L)
                                                        13-4447 (Con)

Castleton Commodities International LLC, *et al.*,

        *Objectors-Appellants*.

v.

Parnon Energy Inc., *et al.*,

        *Defendants-Appellees*.

The appeals docketed under 13-4206 (L) and 13-4263 (L) shall be considered in tandem.

Appellants, through counsel, move for a stay, pending their appeal, of the district court's October 25, 2013 protective order permitting restricted discovery, and for an expedited appeal. Upon due consideration, it is hereby ORDERED that the Appellants' motion for a stay pending appeal is DENIED, because the Appellants have failed to meet the requisite standard. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007). The temporary stay entered on November 20, 2013 is accordingly vacated. It is further ORDERED that Appellants' motion to expedite the appeal is DENIED. Appellants are directed to file scheduling notifications within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk

SAO-RDT

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit