UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

IN RE: CRUDE OIL COMMODITY  : Master File No.
FUTURES LITIGATION          : 11 Civ. 3600 (WHP)

                            :
THIS DOCUMENT RELATES TO:     SCHEDULING ORDER

ALL MATTERS
                            :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Oral argument on Plaintiffs' motion for class certification is rescheduled to January 31, 2014 at 12:00 p.m.

Dated: December 13, 2013
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                              U.S.D.J.

*All Counsel of Record.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/13