UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | ECF CASE<br><br>Master File No.<br>11 cv 3600 (WHP) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## [PROPOSED] REVISED SCHEDULING ORDER B

WILLIAM H. PAULEY III, District Judge:

WHEREAS, the Court entered a Revised Scheduling Order on December 31, 2013 [Docket No. 190] which set certain deadlines, including a fact discovery cut-off of February 28, 2014;

WHEREAS, by letter dated February 27, 2014, the Plaintiffs have requested that the February 28, 2014 fact discovery cut-off and certain other deadlines in the Revised Scheduling Order [Docket No. 190] be extended by approximately thirty days;

WHEREAS, Plaintiffs have not requested an extension of the time for Defendants to file a sur-reply to Plaintiffs' motion for class certification (due by February 28, 2014) or the date that the Court will hear oral argument on Plaintiffs' motion for class certification (scheduled for March 21, 2014 at 11:00 a.m.);

WHEREFORE, it is hereby ORDERED that the following deadlines in the Revised Scheduling Order [Docket No. 190] be extended as follows:

1. All fact discovery shall be completed by March 31, 2014;

2. Merits expert reports shall be exchanged by April 28, 2014;

3. Plaintiffs, their experts and any agent working on behalf of either shall not request, receive or discuss the expert reports submitted to the CFTC by the Defendants in this matter until after the merits expert reports are exchanged in this matter, *except that Plaintiffs may confer with their expert EnSys Energy which also happens to be an expert for the CFTC.* [WHP]

4. Responsive merits expert reports shall be exchanged by May 14, 2014;

5. Rebuttal merits expert reports shall be exchanged by June 12, 2014;

6. All expert discovery shall be completed by June 30, 2014

7. The parties shall submit a joint pre-trial order by July 25, 2014; and

8. The parties shall appear for a final pre-trial conference on *August 15*, 2014; at *10:00* a.m. [WHP]

9. Any party shall be permitted to seek to modify or extend any provision of this Scheduling Order for good cause in a written application to the Court that is served on all parties.

Dated: New York, New York
    *March 7*, 2014

                                      WILLIAM H. PAULEY III
                                      United States District Judge