```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :
IN RE: CRUDE OIL COMMODITY                    :    Master File No.
FUTURES LITIGATION                            :    11 Civ. 3600 (WHP)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - :
                                              :
THIS DOCUMENT RELATES TO:                     :    REVISED SCHEDULING ORDER
                                              :
ALL MATTERS                                   :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

   By the request of the parties, the following revised schedule is established:

1. There shall be no further fact discovery until May 19, 2014. Fact discovery will reopen on May 19, 2014 and close on June 18, 2014;

2. The parties shall agree on a mediator by March 29, 2014 and pursue mediation during the discovery moratorium;

3. All mediation discussions are subject to Federal Rule of Evidence 408;

4. Oral argument on Plaintiffs' motion for class certification is adjourned from March 21, 2014 to May 30, 2014 at 11:30 a.m;

5. Merits expert reports shall be exchanged by July 28, 2014;

6. Plaintiffs, their experts, and any agent working on behalf of either shall not request, receive, or discuss the expert reports submitted to the CFTC by the Defendants in this matter until after the merits expert reports are exchanged in this matter, except that Plaintiffs may confer with their expert EnSys Energy, which is also an expert for the CFTC;

7. Responsive merits expert reports shall be exchanged by August 12, 2014;

8. All expert discovery shall be completed by September 29, 2014;

9. The parties shall submit a joint pretrial order by October 23, 2013;

10. This Court will hold a final pretrial conference on November 14, 2014 at 11:00 a.m.

Dated: March 19, 2014
      New York, New York

SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                   U.S.D.J.

*All Counsel of Record.*