USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE: CRUDE OIL COMMODITY FUTURES   :   Master File No.
LITIGATION                            :   11-cv-3600 (KBF)
:
:   ORDER
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

On December 17, 2014, the Court held a status conference in the above-referenced matter. As discussed on the record, the following schedule will govern the remainder of this action:

1. Plaintiffs shall file supplemental briefing related to class certification not later than **January 19, 2015**. Defendants shall file supplemental briefing not later than **February 11, 2015.**

2. The Court shall hold a hearing that includes presentations from the experts on **February 13, 2015** at **9:00 a.m.** The Court has reserved three hours. Not later than one week before, the parties shall inform the Court as to their proposed format for such hearing and witness testimony.

3. Motions for summary judgment shall be filed not later than **January 30, 2015**; oppositions are due **February 27, 2015**; replies, if any, are due **March 13, 2015**.

4. Trial shall commence **June 15, 2015**.

   - All final pretrial materials shall be filed not later than **June 5, 2015**.

   - Final Daubert motions shall be filed not later than **June 5, 2015**.

- Motions in limine shall be filed not later than **May 29, 2015** (unless the parties agree otherwise). Oppositions shall be filed not later than **June 5, 2015**. (No replies on in limine motions unless authorized or requested by the Court).

- The final pretrial conference shall occur on **June 10, 2015** at **1:00 p.m.**

5. The parties shall file prior submissions to the Court publicly on ECF to the extent information contained in filings is no longer appropriately sealed. If material properly remains under seal, redacted versions shall be filed on ECF.

The Clerk of Court is directed to terminate the motion at ECF No. 194 as moot.

SO ORDERED.

Dated:    New York, New York
          December 17, 2014

_____
KATHERINE B. FORREST
United States District Judge