UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | ECF CASE<br><br>Master File No.<br>11 cv 3600 (KBF) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | NOTICE OF MOTION FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE THAT upon the accompanying Memorandum of Law, Statement of Material Facts, and Declaration of Elizabeth M. Bradshaw, dated January 30, 2015, along with the exhibits attached thereto, Defendants Parnon Energy Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) SA, Nicholas J. Wildgoose, and James T. Dyer, will move this Court, before the Honorable Katherine B. Forrest at Room 15A, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time determined by the Court, for an Order granting summary judgment on all claims against them under Fed. R. Civ. P. 56.

Dated: January 30, 2015

Respectfully submitted,

By:  /s/ Timothy J. Carey
Timothy J. Carey
Elizabeth M. Bradshaw
Brigitte T. Kocheny
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Thomas J. Quigley
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700

2

        Fred F. Fielding
        Mark R. Haskell
        Levi McAllister
        MORGAN LEWIS
        1111 Pennsylvania Ave., NW
        Washington, DC 20004
        (202) 739-3000

*Attorneys for Defendants*