```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE: CRUDE OIL COMMODITY FUTURES                          :
LITIGATION                                                  :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2015

Master File No.
11-cv-3600 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

In an order filed July 22, 2011, the following cases were consolidated for all purposes into the above-referenced Master Docket, while separate dockets were maintained for each of the individual actions (ECF No. 17): <u>Ardizzone v. Parnon Energy Inc., et al.</u>, 11-cv-03600; <u>Todd Kramer v. Parnon Energy Inc., et al.</u>, 11-cv-03606; <u>AIS Futures Management, LLC, et al. v. Parnon Energy Inc., et al.</u>, 11-cv-03629; <u>Galan v. Parnon Energy Inc., et al.</u>, 11-cv-03637; <u>Cervino Capital Management LLC v. Parnon Energy, Inc., et al.</u>, 11-cv-03679; <u>Adams Affiliates, Inc. v. Parnon Energy Inc., et al.</u>, 11-cv- 03769; <u>FTC Capital GmbH v. Parnon Energy Inc., et al.</u>, 11-cv-03895; <u>Seidner v. Parnon Energy Inc., et al.</u>, 11-cv-03910; <u>LoSordo, Jr. v. Parnon Energy Inc.</u>, et al., 11-cv-03939; <u>DCM Energy LLC v. Parnon Energy Inc., et al.</u>, 11-cv-03969; <u>Bernstein v. Parnon Energy Inc., et al.</u>, 11-cv-04110; <u>Loza v. Parnon Energy Inc., et al.</u>, 11-cv-04155, <u>Courtiol v. Parnon Energy Inc., et al.</u>, 11-cv-04279 and <u>Haber v. Parnon Energy Inc., et al.</u>, 11-cv-04309.

Also on July 22, 2011, <u>Lykins Companies, Inc. v. Parnon Energy, Inc. et al.</u>, 11-cv-04445, and <u>Harrington v. Parnon Energy, Inc. et al.</u>, 11-cv-05569 were consolidated into the Master Docket.

As these actions have now been consolidated into a single complaint, the Court, for administrative purposes, hereby directs the Clerk of Court to TERMINATE each of the cases referenced in the previous two paragraphs, except for the Master Docket 11-cv-03600.  Such terminations impact no substantive rights of any party but are simply an acknowledgment that 11-cv-03600 is the action being litigated.  The Court will separately keep open related case <u>U.S. Commodity Futures Trading Commission v. Parnon Energy Inc. et al.</u>, 11-cv-03543.

Finally, the Court notes the existence of <u>Huemer v. Parnon Energy Inc. et al.</u>, 11-cv-05546, and requests that The Brualdi Law Firm (listed as counsel on that case), or other plaintiff counsel, inform the Court as to whether this case is also part of 11-cv-03600 (and may therefore be administratively terminated).

SO ORDERED.

Dated:     New York, New York
           February 5, 2015

_____
KATHERINE B. FORREST
United States District Judge