# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

February 6, 2015

**BY ECF AND HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Court Judge
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *In Re: Crude Oil Commodity Futures Litigation*, 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

     As an attorney for Plaintiffs, I am respectfully submitting this letter on behalf of all parties pursuant to paragraph two of the Court's December 17, 2014 Order [Dkt. No. 218] in order to set forth the parties' proposed format for the February 13, 2015 hearing on Plaintiffs' motion for class certification.

     The parties' proposed format for the three hour February 13, 2015 hearing is as follows:

1. A brief opening statement, unless waived, of approximately five minutes by each party.

2. One hour of testimony from Plaintiffs' expert, Professor Mason, to be allocated as follows: 40 minutes of direct examination (with the ability to reserve time for re-direct) and 20 minutes of cross examination.

3. One hour of testimony from Defendants' expert, Dr. Shehadeh, to be allocated as follows: 40 minutes of direct examination (with the ability to reserve time for re-direct) and 20 minutes of cross examination.

4. Professor Mason's rebuttal testimony, unless waived, subject to Defendants' right to cross examine on the same 2-1 ratio as the above direct and cross examination allocation.

5. Final argument shall be made in the time remaining, including rebuttal by Plaintiffs, provided they reserve time, so that they may be heard last.

6. Each party shall have no more than 90 minutes of time for examination, cross-examination and argument. If a party uses the entirety of its 90 minutes before argument, that party shall be foreclosed from making a final argument or rebutting

any final argument by the other party.  But the party with remaining time may use that time for argument.

Thank you very much.

                                              Respectfully submitted,
                                              */s/ Christopher Lovell*       */s/ Warren Burns*
                                              Christopher Lovell           Warren Burns

cc:     Counsel of Record (by ECF)