UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | ECF CASE<br><br>Master File No.<br>11 cv 3600 (KBF) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**DEFENDANTS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION
<u>TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

**(Filed Under Seal)**