# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

February 13, 2015

**BY ECF AND HAND DELIVERY AND EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

    Re:    *In Re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

    Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully enclose one Chambers' copy of Plaintiffs' Responses to the Court's Order Dated February 11, 2015.

    Thank you very much.

                        Respectfully submitted,

                        */s/ Christopher Lovell*
                        Christopher Lovell

cc:    Counsel of Record (by ECF notification, without attachment)
       Counsel of Record (by e-mail, with attachment)