```
                                               USDC SDNY
UNITED STATES DISTRICT COURT                   DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                  ELECTRONICALLY FILED
                                               DOC #: _____
------------------------------------------ X   DATE FILED: February 13, 2015
                                         :
IN RE: CRUDE OIL COMMODITY FUTURES       :     Master File No.
LITIGATION                               :     11-cv-3600 (KBF)
                                         :
------------------------------------------ X   ORDER
                                         :
DAVID HUEMER, On Behalf of Himself       :
and All Others Similarly Situated,       :
                                         :
                                         :
              Plaintiff,                 :
                                         :
                                         :
        -v-                              :
                                         :
                                         :
PARNON ENERGY INC., ARCADIA              :     11-cv-5546 (KBF)
PETROLEUM LTD, ARCADIA ENERGY            :
(SUISSE) SA, NICHOLAS 1. WILDGOOSE       :
AND JAMES T. DYER,                       :
                                         :
                                         :
              Defendants.                :
------------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

On February 5, 2015, the Court noted the existence of <u>Huemer v. Parnon Energy Inc. et al.</u>, 11-cv-05546, and requested that The Brualdi Law Firm (listed as counsel on that case), or other plaintiff counsel, inform the Court as to whether this case is also part of 11-cv-03600 (and may therefore be administratively terminated). (ECF No. 235.)  The Court plans to terminate this action for administrative purposes on **Wednesday, February 18, 2015**, unless the parties inform the Court of a reason why it should not do so.

SO ORDERED.

Dated:     New York, New York
           February 13, 2015

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge