UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE: CRUDE OIL COMMODITY FUTURES  :  Master File No.
LITIGATION                                                     :  11-cv-3600 (KBF)
:
:  ORDER
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 2, 2015

KATHERINE B. FORREST, District Judge:

In light of the open motion to strike the expert reports and exclude the testimony of Joseph R. Mason (ECF No. 227), the motion filed on October 25, 2013 to strike the declaration of Joseph R. Mason (ECF No. 162) is moot and shall be terminated.

The Clerk of Court is directed to terminate the motion at ECF No. 162.

SO ORDERED.

Dated:   New York, New York
         March 2, 2015

_____
KATHERINE B. FORREST
United States District Judge