UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION | MASTER FILE NO. 11-cv-03600 (KBF)<br>ECF CASE<br>(Pertains to C.A. 11-cv-03769 (KBF)) |
| This Document Relates To:  All Actions | |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**FILED UNDER SEAL**