

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

North America   Europe   Asia

Timothy J. Carey
Partner
312.558.6232
tjcarey@winston.com

April 9, 2015

**BY ECF, HAND AND EMAIL**

Hon. Katherine B. Forrest
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In re: Crude Oil Commodity Futures Litigation, Master File No. 11 Civ. 3600*

Dear Judge Forrest:

We are counsel to Defendants Parnon Energy Inc., Arcadia Petroleum Ltd., Arcadia Energy (Suisse) S.A., Nicholas J. Wildgoose and James T. Dyer. On April 8, 2015, in response to the Court's request for copies of certain references cited by the parties and their experts, counsel for Plaintiffs submitted three documents. One of the documents, the Reference Guide on Multiple Regression, was mistakenly taken from the Second Edition of the Reference Manual on Scientific Evidence, published in 2000. Both Defendants' expert (Dr. Shehadeh) in his reports, and Plaintiffs' counsel in their briefing, cited to the Reference Guide on Multiple Regression contained in the Third Edition of the Reference Manual on Scientific Evidence, published in 2011. Defendants attach here a copy of relevant excerpts from the Third Edition, and will submit an electronic version to chambers.

Respectfully yours,

/s/ Timothy J. Carey

Timothy J. Carey
Winston & Strawn LLP

cc:   Fred F. Fielding, Esq.
      Mark R. Haskell, Esq.
      Christopher Lovell, Esq.
      Christopher McGrath, Esq.
      Warren T. Burns, Esq.
      Terrell W. Oxford, Esq.
      (All by ECF and email)