## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION<br><br>This Document Relates To:  ALL ACTIONS | MASTER FILE NO. 1:11-cv-03600-KBF |

## PLAINTIFFS' MOTION FOR SUBSTITUTION
## OF INTERIM CO-LEAD CLASS COUNSEL

Plaintiffs hereby move for amendment of the Court's February 14, 2014 Memorandum and Order (Docket No. 9) appointing interim class counsel to substitute the firm of Burns Charest LLP for Susman Godfrey LLP as Interim Co-Lead Class Counsel for Plaintiffs in the above-captioned matter.

This motion is based on the accompanying memorandum of law and such other and further material as the Court may consider. The motion is supported by Susman Godfrey LLP, Interim Co-Lead Class Counsel for Plaintiffs, Lovell Stewart Halebian Jacobson LLP, and Defendants.

Dated:  May 22, 2015                                         Respectfully submitted,


                                                             */s/ Warren T. Burns*
                                                             Warren T. Burns
                                                             Daniel H. Charest
                                                             **Burns Charest LLP**
                                                             500 North Akard, Suite 2810
                                                             Dallas, Texas 75201
                                                             Telephone:  (469) 904.4550
                                                             Facsimile:  (469) 444-5002
                                                             wburns@burnscharest.com
                                                             dcharest@burnscharest.com

                                                             ***Proposed Interim Co-Lead Counsel***

1

## CERTIFICATE OF SERVICE

This is to certify that on May 22, 2015, a true and correct copy of the foregoing instrument was filed with the United States District Court for the Southern District of New York via the Court's CM/ECF system, thereby causing copies to be electronically served upon all counsel of record.

                                                */s/ Warren T. Burns*
                                                Warren T. Burns