# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| | |
|---|---|
| Telephone | Facsimile |
| 212.608.1900 | 212.719.4775 |

June 4, 2015

**BY ECF AND HAND DELIVERY AND EMAIL**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

    Re:   *In Re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

    Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully enclose one Chambers' copy of Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement and the accompanying Exhibits Dated June 3, 2015.

    Plaintiffs' Memorandum at page 16, states that this proposed Settlement avoids the risks of collection but omits to state that, in class counsels' judgements, the risk of collection against these foreign defendants were substantial.

    Thank you very much.

                                          Respectfully submitted,

                                          */s/ Christopher Lovell*
                                          Christopher Lovell

cc:    Counsel of Record (by ECF notification, without attachment)
        Counsel of Record (by e-mail, with attachment)