```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
                                                                   :
IN RE: CRUDE OIL COMMODITY FUTURES                                 :    Master File No.
LITIGATION                                                         :    11-cv-3600 (KBF)
                                                                   :
                                                                   :    ORDER
------------------------------------------------------------------ X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: June 16, 2015

KATHERINE B. FORREST, District Judge:

The following order addresses certain housekeeping matters:

1. On June 8, 2015, the Court entered an order preliminarily approving the proposed settlement in this action and setting a fairness hearing for October 9, 2015. (ECF No. 290.) As a result of the proposed settlement order which stayed and suspended all proceedings in this action, other than such proceedings as may be necessary to carry out the terms and conditions of the Settlement, the Court will administratively close the motions regarding class certification, summary judgment, and related motions with leave to renew should the settlement not occur.

2. Plaintiff has filed a motion to substitute counsel. (ECF No. 284.) The Court ordered that any party opposing the motion file such opposition not later than June 2, 2015. Having received no opposition, the motion to substitute the firm of Burns Charest LLP for Susman Godfrey LLP as Interim Co-Lead Class Counsel for plaintiffs in the above-captioned matter is GRANTED.

3. The Court previously terminated all individual actions that were consolidated into the above-referenced docket or were related to the action at

11-cv-3543. (ECF Nos. 235.) The Court found one additional case that is included in this group but has not been previously terminated: <u>SMW Trading Company, Inc. v. Parnon Energy Inc. et al</u> (11-cv-5426). The Court, for administrative purposes, hereby directs the Clerk of Court to TERMINATE 11-cv-5426.

The Clerk of Court is further directed to administratively close the motions at ECF Nos. 224, 227, 230, and 284.

SO ORDERED.

Dated:  New York, New York
        June 16, 2015

_____
KATHERINE B. FORREST
United States District Judge