```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE: CRUDE OIL COMMODITY FUTURES                          :
LITIGATION                                                  :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 14, 2015

Master File No.
11-cv-3600 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received a notice of Class Counsel's intent to petition the Court for a finding that its requested attorney's fees and reimbursement of expenses are fair, reasonable, and adequate. (ECF No. 300.) In order to make such a determination, the Court requires further details regarding the application for attorneys' fees. It is therefore ORDERED that counsel for plaintiffs shall provide the Court with one (1) thumb drive containing their billing records on this matter. These records do not need to be posted to ECF.

SO ORDERED.

Dated:   New York, New York
         September 14, 2015

_____
KATHERINE B. FORREST
United States District Judge