# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| | |
|---|---|
| Telephone | Facsimile |
| 212.608.1900 | 212.719.4775 |

September 21, 2015

**BY ECF and HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *In Re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

Pursuant to Your Honor's Order dated September 14, 2015 [Dkt. No. 320], Plaintiffs respectfully enclose herewith (1) one thumb driving containing the billing records for each of the (15) fifteen law firms that submitted a declaration in connection with Plaintiffs' Petition for an Award of Fees and Reimbursement of Expenses, filed on September 9, 2015. *Compare* Dkt. No. 300 *with* Dkt. Nos. 305-319. The thumb drive contains a separate file folder for each law firm. The file folders are identified by firm name.

Plaintiffs respectfully request that the Court review the enclosed materials *in camera* given that these records contain privileged information. In order to preserve the privilege, Plaintiffs would respectfully request an opportunity to review and redact the enclosed records in the event the Court determines that any review of these records beyond the Court's would be appropriate.

Thank you very much.

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher Lovell* | */s/ Warren Burns* |
| Christopher Lovell | Warren Burns |

Enclosure (by hand delivery only)

cc:    Counsel of Record (by ECF without enclosure)