UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: CRUDE OIL COMMODITY FUTURES LITIGATION<br><br>This Document Relates To:  ALL ACTIONS | MASTER FILE NO. 1:11-cv-03600-WHP |

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PETITION
FOR AN AWARD OF FEES AND REIMBURSMENT OF EXPENSES

Class Counsel hereby supplement their original memorandum in support of the petition for an award of fees and reimbursement of expenses to include inadvertently omitted fee declarations from the following firms and attorneys:  Labaton Sucharow; Nussbaum Law Group, P.C.; Law Offices of Lewis Burke; and Menaker & Herrmann LLP.  Fee declarations from the preceding firms are attached hereto as Exhibits A-D.

In supplementing their petition, Class Counsel do not seek to alter the quantum of fees and expense reimbursements previously requested.

Dated: October 5, 2015

**BURNS CHAREST LLP**

/s/ Warren T. Burns
By: Warren T. Burns, Esq.
500 North Akard
Suite 2810
Dallas, Texas 75201
Tel: (469) 904-4550
FAX: (469) 444-5002

**LOVELL STEWART HALEBIAN JACOBSON LLP**

/s/ Christopher Lovell
By: Christopher Lovell, Esq.
Ian T. Stoll, Esq.
61 Broadway, Suite 501
New York, New York 10006
212-608-1900

## **CERTIFICATE OF SERVICE**

      This is to certify that on October 5, 2015, a true and correct copy of the foregoing instrument was filed with the United States District Court for the Southern District of New York via the Court's CM/ECF system, thereby causing copies to be electronically served upon all counsel of record.

                                                */s/ Warren T. Burns*
                                                Warren T. Burns