# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | Facsimile |
|---|---|
| 212.608.1900 | 212.719.4775 |

January 14, 2016

**BY ECF**

The Honorable Katherine B. Forrest
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:     *In Re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

      As attorneys for Plaintiffs, we are respectfully submitting this letter in order to notify the Court that, pursuant to paragraph 5 the Court's October 16, 2015 Revised Scheduling Order [Dkt. No. 332], Plaintiffs submitted via ECF this afternoon "The Declaration of Steven J. Straub on Behalf of A.B. Data, Ltd. Regarding Notice and Claims Administration."  *See* Dkt. No. 336. Mr. Straub's declaration details the Settlement Administrator's (*i.e.*, A.B. Data, Ltd.) compliance with the additional notice provisions set forth in the Revised Scheduling Order.

      Thank you very much.

                                        Respectfully submitted,

| */s/ Christopher McGrath* | */s/ Warren Burns* |
|---|---|
| Christopher McGrath | Warren Burns |

cc:     Counsel of Record (by ECF)