# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

September 10, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 21 2016

**BY ECF and HAND DELIVERY**
The Honorable Katherine B. Forrest
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007-1312

Re:   *In Re: Crude Oil Commodity Futures Litigation*, No. 11 Civ. 3600 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

Pursuant to Section 2.C. of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiffs respectfully enclose one Chambers' copy of the following two sets of motion papers filed via ECF:

A. **Plaintiffs' Motion for Final Approval of Class Action Settlement**

1. Plaintiffs' Notice of Motion for Final Approval of Class Action Settlement (Dkt No. ~~295~~); **298**

2. Plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement (Dkt. No. ~~295-1~~); **302**

3. Declaration of Warren T. Burns In Support of Motion for Final Approval of Settlement (Dkt. No. ~~295-2~~); **303**

   a. Exhibit 1—Stipulation and Agreement of Settlement (Dkt. No. ~~295-3~~); **303-1**

   b. Exhibit 2—Request for Exclusion (Dkt. No. ~~295-4~~); **303-2** and

4. [Proposed] Final Order and Judgment (Dkt. No. 295-5).

B. **Plaintiffs' Petition for an Award of Fees and Reimbursement of Expenses**

1. Notice of Petition (Dkt. No. ~~296~~) **300**

Page 2 of 3
The Honorable Katherine B. Forrest
September 10, 2015

2. Plaintiffs' Memorandum of Law In Support of Petition for an Award of Fees and Reimbursement of Expenses (Dkt. No. ~~296-1~~); **304**

3. Declaration of Warren T. Burns in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-2~~); **305**

4. Declaration of Christopher M. McGrath In Support of Lead Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-3~~); **306**

5. Declaration of W. Joseph Bruckner in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-4~~); **307**

6. Declaration of Christopher J. Gray in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-5~~); **308**

7. Declaration of Michael Dell'Angelo in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-6~~); **309**

8. Declaration of William P. Butterfield in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-7~~); **310**

9. Declaration of James J. Sabella in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-8~~); **311**

10. Declaration of Gregory P. Hansel in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-9~~); **312**

11. Declaration of Andrew S. Hicks in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-10~~); **313**

12. Declaration of Deborah R. Gross of The Law Offices of Bernard M. Gross, P.C. in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-11~~); **314**

Case 1:11-cv-03600-KBF   Document 338   Filed 01/21/16   Page 3 of 3
Case 1:11-cv-03600-KBF   Document 297   Filed 09/10/15   Page 3 of 3

Page 3 of 3
The Honorable Katherine B. Forrest
September 10, 2015

13. Declaration of Vincent Briganti in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-12~~); **315**

14. Declaration of David Kovel Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-13~~); **316**

15. Declaration of Bernard Persky of Robbins Kaplan LLP in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-14~~); **317**

16. Declaration of Edward W. Cochran in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-15~~); and **318**

17. Declaration of Anthony F. Fata in Support of Class Counsel's Petition for An Award of Attorneys' Fees and Reimbursement of Expenses (Dkt. No. ~~296-16~~). **319**

Plaintiffs are also submitting herewith a compact disc which includes electronic copies of each of the above listed documents.

Thank you very much.

Respectfully submitted,

/s/ Christopher Lovell
Christopher Lovell

/s/ Warren Burns
Warren Burns

Enclosures (by hand delivery)

cc: Counsel of Record (by ECF)

*[Handwritten annotation: "Ordered / Post to docket. / [signature] / USDJ / 1/20/16"]*